# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

In the Matter of the Search of  )
*(Briefly describe the property to be searched or identify the person by name and address)*  )
INFORMATION ASSOCIATED WITH THE GOOGLE ACCOUNT  )
THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC  )

Case No. 23-MJ-197-B

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the Southern District of Alabama, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1958 | Interstate commerce facilities in the commission of murder for hire |

The application is based on these facts:

See attached Affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Benjamin Finney*
Applicant's signature

Benjamin Finney, Special Agent - ATF
Printed name and title

Sworn to before me and attestation acknowledged pursuant to FRCP 4.1(b)(2).

Date: August 17, 2023

Judge's signature

Sonja F. Bivins, United States Magistrate Judge
Printed name and title

City and state: Mobile, Alabama



Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By: *Shannon Davison*
Deputy Clerk
Date: August 17, 2023